452 A.2d 1019

**STS. PETER AND PAUL CHURCH OF ST. CLAIR**

v.

**READING ANTHRACITE COMPANY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1982.

Decided Dec. 10, 1982.

Chester C. Corse, Jr., Pottsville, for appellant.

Thomas F. Traud, Jr., Allentown, Thomas F. Toole, Shenandoah, A.C.F. Kenowski, Scranton, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY and McDERMOTT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., did not participate in the consideration or decision of this case.